**Leticia SANDERS, on behalf of D.S.H., Appellant,**

v.

**Michael J. ASTRUE, Commissioner, Social Security Administration, Appellee.**

**No. 11–2864.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2012.

Filed: Feb. 7, 2012.

Leticia Sanders, on Behalf of D.S.H., North Little Rock, AR, pro se.

Clare Fisher, Quentin Sanders, Special, Social Security Administration, Office Of General Counsel, Region VI, Dallas, TX, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Leticia Sanders, on behalf of her minor daughter D.S.H., appeals the district court's [1] order affirming the denial of supplemental security income benefits. Upon

1. The Honorable Billy Roy Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

de novo review, *see Moore ex rel. Moore v. Barnhart,* 413 F.3d 718, 721 (8th Cir.2005), we agree with the district court's reasons for rejecting the arguments Sanders raised below, and we decline to consider the new contentions she raises on appeal, *see Flynn v. Chater,* 107 F.3d 617, 620 (8th Cir.1997). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.